## CITICORP MORTGAGE, INC. *v.*
## JAMES E. CONANT ET AL.

The defendants James E. Conant and Rita L. Conant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 529 (AC 18442), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Andrew B. Nevas,* in support of the petition.

*Robert J. Piscitelli,* in opposition.

Decided October 6, 1999

## STATE OF CONNECTICUT *v.* NANA BONSU

*Raul Davila-Carlos,* in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.

The defendants' petition for certification for appeal from the Appellate Court, 54 Conn. App. 335 (AC 17978), is denied.